UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYO HAK CHU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAT KULETO RESTAURANT DEVELOPMENT & MANAGEMENT COMPANY D/B/A WATERBAR, et al.,<br><br>　　　　　Defendants. | Case No.  21-cv-01426-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 1 |

Plaintiff filed the complaint in this matter on February 26, 2021.  (Dkt. No. 1.)  Defendants did not appear, and the Clerk of Court entered Default on July 2, 2021.  (Dkt. No. 10.).  Subsequently, Defendant Land and Sea Restaurants, LLC, filed an answer to the complaint.  (Dkt. No. 12.)  On October 27, 2021, Judge Gilliam denied an administrative motion to relate the case to another case pending on his docket.  (Dkt. No. 18.)  Plaintiff has taken no further action since that order issued, for 177 days.

The Court has a full case load and does not have the time to manage this case for Plaintiff.  Plaintiff must prosecute this case diligently.  Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than May 6, 2022, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff is admonished that if no response is filed by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: April 25, 2022

_____
SALLIE KIM
United States Magistrate Judge