UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYO HAK CHU, <br>         Plaintiff, <br>     v. <br> PAT KULETO RESTAURANT DEVELOPMENT & MANAGEMENT COMPANY D/B/A WATERBAR, et al., <br>         Defendants. | Case No. 21-cv-01426-SK <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** <br><br> Regarding Docket No. 23 |

The Court has reviewed Plaintiff's counsel's response to the Order to Show Cause ("OSC") and HEREBY DISCHARGES the OSC.

**IT IS SO ORDERED**.

Dated: July 18, 2022



SALLIE KIM
United States Magistrate Judge